IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE PRATER, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-3395 |
| | : | |
| JOHN E. WETZEL et al., | : | |
|     Defendants. | : | |

## **ORDER**

AND NOW, this 27th day of May, 2015, upon consideration of Plaintiff's Complaint, (Dkt No. 4), Defendants' Motion to Dismiss, (Dkt No. 12), and Plaintiff's Response, (Dkt No. 22), it is hereby ORDERED that Defendants' Motion is GRANTED for the reasons set forth in the accompanying memorandum of law.

The Clerk of Court is DIRECTED to CLOSE this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II     J.